# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Windmill Environmental Services, LLC, | § | Case No. 12-03912 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 02/03/2012 . The case was converted to one under Chapter 7 on 07/01/2013 . The undersigned trustee was appointed on 02/03/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    123,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 717.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 122,782.01 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/07/2014 and the deadline for filing governmental claims was 10/07/2014. The deadline for filing debtor-in-possession claims was 09/30/2015 pursuant to order of Court dated 06/02/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,425.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,425.00 , for a total compensation of $ 9,425.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 56.89 , for total expenses of $ 56.89 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/29/2016            By: /s/STEVEN R. RADTKE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-03912 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Windmill Environmental Services, Llc | | | | Date Filed (f) or Converted (c): | 07/01/2013 (c) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 03/29/2016 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Transfers to Restructuring Partners (u) | 27,500.00 | 0.00 | | 27,500.00 | FA |
| 2. Transfers to entities related to the Debtor's principal (u) | 14,000.00 | 0.00 | OA | 6,000.00 | FA |
| 3. Certain payments to 5th Third Bank (u) | 90,000.00 | 0.00 | | 90,000.00 | FA |
| 4. Debtor's premises | 3,169.65 | 3,169.65 | | 0.00 | FA |
| 5. PNC Bank | 118.17 | 118.17 | | 0.00 | FA |
| 6. NIPSCO | 9,780.00 | 9,780.00 | | 0.00 | FA |
| 7. Accounts Receivable | 263,628.60 | 263,628.60 | | 0.00 | FA |
| 8. See attached  29 vehicles listed | 490,400.00 | 490,400.00 | | 0.00 | FA |
| 9. See attached  Computer system, phone system, copy/fax/scanner machine, office furniture | 14,250.00 | 14,250.00 | | 0.00 | FA |
| 10. See attached  26 items listed | 64,800.00 | 64,800.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                       $977,646.42        $846,146.42                        $123,500.00        $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/2016 Court approved motion to abandon balance of funds due from Holmes Testing; Trustee preparing fee petition and TFR

All issues in case have been settled and approved per order of Court; settlement funds in the amount of $121,500.00 have been collected to date. Four monthly installments of $2,000 remain to be collected on the balance of the settlement per order of court dated May 12, 2015.

Trustee employed counsel to assist in potential avoidance and recovery actions; investigation continues regarding transfers to Restructuring Partners, certain transfers to entities related to Debtor's principal and certain payments to Fifth Third Bank. (Trustee filed Initial Report of Assets on 7/3/14)

Exhibit A

Initial Projected Date of Final Report (TFR): 07/31/2016        Current Projected Date of Final Report (TFR): 07/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-03912 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Windmill Environmental Services, Llc | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5679 |
| | Checking |
| Taxpayer ID No: XX-XXX6996 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/29/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/15 | 1 | Howard & Howard Attorneys PLCC IOLTA Client Trust Fund-Chicago Office 450 West Fourth Street Royal Oak, MI 48067 | Initial payment on settlement pursuant to order dated 4/7/15 | 1249-000 | $15,000.00 | | $15,000.00 |
| 04/28/15 | 3 | Fifth Third Bank | Settlement proceeds pursuant to order of Court dated 4/7/15 | 1249-000 | $90,000.00 | | $105,000.00 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.17 | $104,974.83 |
| 05/12/15 | 2 | Illinois IOLTA Trust Accounts Law Offices of Bradley Block, TRTEE 401 Huehl Road, Suite 2E Northbrook, IL 60062-2300 | Initial installment on settlement per order of Court | 1249-000 | $2,000.00 | | $106,974.83 |
| 06/02/15 | 2 | Jerome W. Dykstra 2229 N. Orchard Chicago, IL 60614 | 5/2015 installment payment May payment per order approving settlement entered 5/12/15 | 1249-000 | $2,000.00 | | $108,974.83 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.95 | $108,816.88 |
| 06/09/15 | 1 | Howard & Howard Attorneys PLLC IOLTA Client Trust Fund - Chicago Office 450 West Fourth Street Royal Oak, MI 48067 | Final payment on settlement pursuant to order dated 4/7/15 | 1249-000 | $12,500.00 | | $121,316.88 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.64 | $121,147.24 |
| 07/08/15 | 2 | Holmes Testing, Inc. 170 Shepard Avenue Wheeling, IL 60090 | 6/2015 installment payment June payment per order approving settlement entered 5/12/15 | 1249-000 | $2,000.00 | | $123,147.24 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.41 | $122,964.83 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.82 | $122,782.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $123,500.00 | $717.99 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $123,500.00 | $717.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $123,500.00 | $717.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $123,500.00 | $717.99 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5679 - Checking | $123,500.00 | $717.99 | $122,782.01 |
| | $123,500.00 | $717.99 | $122,782.01 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $123,500.00 |
| Total Gross Receipts: | $123,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-03912  
Debtor Name: Windmill Environmental Services, Llc  
Claims Bar Date: 10/7/2014  

Date: March 29, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $9,425.00 | $9,425.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $56.89 | $56.89 |
| 25 100 2990 | Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $0.00 | $10,075.00 | $10,075.00 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $55,575.00 | $55,575.00 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $1,536.86 | $1,536.86 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $6,039.00 | $6,039.00 |
| 100 3420 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $5.50 | $5.50 |
| 30 200 5200 | Power Brake & Spring<br>6139 Parkland Dr<br>South Bend, In 46628 | Priority | Debtor-in-Possession Claim | $0.00 | $16,135.47 | $16,135.47 |
| 31 200 5200 | The Bud Insurance Agency Inc<br>615 W 3Rd St<br>Hobart, In 46342 | Priority | Debtor-in-Possession Claim | $0.00 | $5,216.25 | $5,216.25 |

Page 1    Printed: March 29, 2016

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-03912  
Date: March 29, 2016  
Debtor Name: Windmill Environmental Services, Llc  
Claims Bar Date: 10/7/2014

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20 200 5800 | Indiana Dept Of State Revenue  Carol Swaffar  100 North Senate Avenue, Room N203  Indianapolis, In 46204 | Priority | Debtor-in-Possession Claim | $0.00 | $53,023.17 | $53,023.17 |
| 21 200 5800 | Department Of Treasury  Internal Revenue Service  Attn: Insolvency 1616 Capitol Avenue,  Suite 400 M/S 5300  Omaha, Ne 68102 | Priority | Debtor-in-Possession Claim | $0.00 | $196,962.82 | $196,962.82 |
| 2 280 5800 | Department Of Treasury  Internal Revenue Service  Attn: Insolvency 1616 Capitol Avenue,  Suite 400 M/S 5300  Omaha, Ne 68102 | Priority | | $0.00 | $421,791.17 | $421,791.17 |
| 3 280 5800 | Indiana Dept Of Revenue  Bankruptcy Section N-240  100 North Senate Ave  Indianapolis, In 46204 | Priority | | $0.00 | $215,136.53 | $215,136.53 |
| 6 280 5800 | Lake County Treasurer  Lake County Treasurer - Bankruptcy  2293 N Main Street  Crown Point, In 46307 | Priority | | $0.00 | $115,716.06 | $115,716.06 |
| 7 280 5800 | Lake County Treasurer  Lake County Treasurer - Bankruptcy  2293 N Main Street  Crown Point, In 46307 | Priority | | $0.00 | $2,527.01 | $2,527.01 |
| 12 280 5800 | Praxair Distribution, Inc  C/O Rms Bankruptcy Recovery Services  P.O. Box 5126  Timonium, Maryland 21094 | Priority | | $0.00 | $300.00 | $300.00 |
| 18 280 5800 | Construction & General Laborers" District Council  Of Chicago & Vicinity  Dowd Bloch & Bennett  8 S. Michigan Ave., 19Th Floor  Chicago, Il 60603 | Priority | | $0.00 | $2,384.03 | $2,384.03 |
| 1 300 7100 | Yellow Book Sales & Distribution Inc (Hb)  C/O Rms Bankruptcy Recovery Services  P.O. Box 5126  Timonium, Maryland 21094 | Unsecured | | $0.00 | $3,603.00 | $3,603.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-03912  
Debtor Name: Windmill Environmental Services, Llc  
Claims Bar Date: 10/7/2014  
Date: March 29, 2016

|   | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | Department Of Treasury<br>Internal Revenue Service<br>Attn: Insolvency 1616 Capitol Avenue,<br>Suite 400 M/S 5300<br>Omaha, Ne 68102 | Unsecured | | $0.00 | $151,670.52 | $151,670.52 |
| 3 300 7100 | Indiana Department Of Revenue<br>Bankruptcy Section N-240<br>100 North Senate Avenue<br>Indianapolis, In 46204 | Unsecured | | $0.00 | $11,281.90 | $11,281.90 |
| 4 300 7100 | Lafarge North America<br>G Borgquist<br>20 Oak Hollow Ste 260<br>Southfield, Mi 48033 | Unsecured | | $0.00 | $39,170.65 | $39,170.65 |
| 5 300 7100 | Heartland Recycling, Llc<br>6201 W Canal Bank Rd<br>Forest View, Il 60402 | Unsecured | | $0.00 | $26,400.09 | $26,400.09 |
| 8 300 7100 | Pittacora & Crotty, Llc<br>223 W Jackson Suite 620<br>Chicago, Il 60606 | Unsecured | | $0.00 | $5,338.15 | $5,338.15 |
| 9 300 7100 | Environmental Rental Services, Ltd<br>Po Box 192<br>Rockdale, Tx 76567 | Unsecured | | $0.00 | $18,094.21 | $18,094.21 |
| 10 300 7100 | Fox, Chris<br>516 East 86Th Ave<br>Merrillville, In 46410 | Unsecured | | $0.00 | $1,850.00 | $1,850.00 |
| 11 300 7100 | Aramark Uniform Services<br>Aramark Attn Legal Dept<br>115 N First Street<br>Burbank, Ca 91502 | Unsecured | | $0.00 | $3,212.83 | $3,212.83 |
| 13 300 7100 | O"neill Mcfadden & Willet Llp<br>1001 Main Street<br>Suite 300<br>Dyer, In 46311 | Unsecured | | $0.00 | $11,576.78 | $11,576.78 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-03912  
Debtor Name: Windmill Environmental Services, Llc  
Claims Bar Date: 10/7/2014  

Date: March 29, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 15 300 7100 | Roland Machinery Company 220 E Frontage Road Bolingbrook, Il 60440 | Unsecured | | $0.00 | $23,527.73 | $23,527.73 |
| 17 300 7100 | Elkhart Environmental Processing Corp 1143 Oak Street Elkhart, In 46514 | Unsecured | | $0.00 | $70,466.40 | $70,466.40 |
| 18 300 7100 | Construction & General Laborers" District Council Of Chicago & Vicinity Dowd Bloch & Bennett 8 S. Michigan Ave., 19Th Floor Chicago, Il 60603 | Unsecured | | $0.00 | $1,713.84 | $1,713.84 |
| 19 300 7100 | Roger & Son Locksmiths, Inc 9200 Wicker Ave St John, In 46373 | Unsecured | | $0.00 | $461.16 | $461.16 |
| 22 300 7100 | Mandell Menkes Llc One N Franklin Suite 3600 Chicago, Il 60606 | Unsecured | | $0.00 | $131,725.88 | $131,725.88 |
| 23 300 7100 | Lafarge North America Inc Attn: Borgquist 20 Oak Hollow, Suite 260 Southfield, Mi 48033 | Unsecured | | $0.00 | $39,170.65 | $39,170.65 |
| 24 300 7100 | Heartland Recycling, L.L.C. 620 W Canal Bank Road Forest View, Illinois 60402 | Unsecured | | $0.00 | $26,400.09 | $26,400.09 |
| 26 300 7100 | Laborers District Council C/O Dowd, Bloch, Bennett & Cervone 8 S. Michigan Ave., 19Th Floor Chicago, Il 60603 | Unsecured | | $0.00 | $856.14 | $856.14 |
| 27 300 7100 | Heather Pierce, Special Representative C/O Lawrence T. Ruder Goldberg Weisman Cairo 1 East Wacker Drive, 38Th And 39Th Floor Chicago, Illinois 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-03912  
Debtor Name: Windmill Environmental Services, Llc  
Claims Bar Date: 10/7/2014  

Date: March 29, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 28 300 7100 | Ben Bruce<br>C/O Daniel W Sherman<br>Attorney At Law<br>2153 Ransom Road<br>Valparaiso, In 46385 | Unsecured | | $0.00 | $9,533.49 | $9,533.49 |
| 29 300 7100 | The Estate Of George B Holmes<br>C/O George B Holmes<br>6912 Woodmar Ave<br>Hammond, In 46323 | Unsecured | | $0.00 | $165,857.34 | $165,857.34 |
| 32 300 7100 | Indiana Dept Of State Revenue<br>Carol Swaffar<br>100 North Senate Avenue, Room N203<br>Indianapolis, In 46204 | Unsecured | This claim was modified to correct Claim No. 3-3 | $0.00 | $0.00 | $0.00 |
| 14 400 4110 | Fifth Third Bank<br>C/O Marc Fenton<br>Statman Harris & Eyrich Llc<br>200 West Madison Street Suite 3820<br>Chicago, Il 60606 | Secured | Withdrawn | $0.00 | $235,000.00 | $0.00 |
| 16 400 4110 | Gibraltar Business Capital, Llc<br>C/O Robert D Mollhagen<br>Varnum<br>39500 High Pointe Blvd, Ste 350<br>Novl, Michigan 48375 | Secured | Withdrawn | $0.00 | $1.00 | $0.00 |
| | Case Totals | | | $0.00 | $2,088,817.61 | $1,853,816.61 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-03912
Case Name: Windmill Environmental Services, Llc
Trustee Name: STEVEN R. RADTKE

Balance on hand        $    122,782.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | Fifth Third Bank-Withdrawn | $ 235,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | Gibraltar Business Capital, Llc-Withdrawn | $ 1.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors        $    0.00

Remaining Balance        $    122,782.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 9,425.00 | $ 0.00 | $ 9,425.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 56.89 | $ 0.00 | $ 56.89 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 55,575.00 | $ 0.00 | $ 55,575.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 1,536.86 | $ 0.00 | $ 1,536.86 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 6,039.00 | $ 0.00 | $ 6,039.00 |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ 5.50 | $ 0.00 | $ 5.50 |
| Other: Office Of The U.S. Trustee | $ 10,075.00 | $ 0.00 | $ 10,075.00 |

| | Total to be paid for chapter 7 administrative expenses | $ 82,713.25 |
|---|---|---|
| | Remaining Balance | $ 40,068.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,029,192.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed debtor-in-possession claims pursuant to orders dated 06/02/2015 and 02/04/2016 are Claim Nos. 20, 21, 30 and 31 below. The remaining allowed priority claims are Claim Nos. 2, 3, 6, 7, 12 and 18 below.

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Indiana Dept Of State Revenue | $ 53,023.17 | $ 0.00 | $ 7,829.99 |
| 21 | Department Of Treasury | $ 196,962.82 | $ 0.00 | $ 29,085.74 |
| 30 | Power Brake & Spring | $ 16,135.47 | $ 0.00 | $ 2,382.74 |
| 31 | The Bud Insurance Agency Inc | $ 5,216.25 | $ 0.00 | $ 770.29 |
| 2 | Department Of Treasury | $ 421,791.17 | $ 0.00 | $ 0.00 |
| 3 | Indiana Dept Of Revenue | $ 215,136.53 | $ 0.00 | $ 0.00 |
| 6 | Lake County Treasurer | $ 115,716.06 | $ 0.00 | $ 0.00 |
| 7 | Lake County Treasurer | $ 2,527.01 | $ 0.00 | $ 0.00 |
| 12 | Praxair Distribution, Inc | $ 300.00 | $ 0.00 | $ 0.00 |
| 18 | Construction & General Laborers" District Council | $ 2,384.03 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ 40,068.76 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 741,910.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution Inc (Hb) | $ 3,603.00 | $ 0.00 | $ 0.00 |
| 2 | Department Of Treasury | $ 151,670.52 | $ 0.00 | $ 0.00 |
| 3 | Indiana Department Of Revenue | $ 11,281.90 | $ 0.00 | $ 0.00 |
| 4 | Lafarge North America | $ 39,170.65 | $ 0.00 | $ 0.00 |
| 5 | Heartland Recycling, Llc | $ 26,400.09 | $ 0.00 | $ 0.00 |
| 8 | Pittacora & Crotty, Llc | $ 5,338.15 | $ 0.00 | $ 0.00 |
| 9 | Environmental Rental Services, Ltd | $ 18,094.21 | $ 0.00 | $ 0.00 |
| 10 | Fox,Chris | $ 1,850.00 | $ 0.00 | $ 0.00 |
| 11 | Aramark Uniform Services | $ 3,212.83 | $ 0.00 | $ 0.00 |
| 13 | O"neill Mcfadden & Willet Llp | $ 11,576.78 | $ 0.00 | $ 0.00 |
| 15 | Roland Machinery Company | $ 23,527.73 | $ 0.00 | $ 0.00 |
| 17 | Elkhart Environmental Processing Corp | $ 70,466.40 | $ 0.00 | $ 0.00 |
| 18 | Construction & General Laborers" District Council | $ 1,713.84 | $ 0.00 | $ 0.00 |
| 19 | Roger & Son Locksmiths, Inc | $ 461.16 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Mandell Menkes Llc | $ 131,725.88 | $ 0.00 | $ 0.00 |
| 23 | Lafarge North America Inc | $ 39,170.65 | $ 0.00 | $ 0.00 |
| 24 | Heartland Recycling, L.L.C. | $ 26,400.09 | $ 0.00 | $ 0.00 |
| 26 | Laborers District Council | $ 856.14 | $ 0.00 | $ 0.00 |
| 27 | Heather Pierce, Special Representative | $ 0.00 | $ 0.00 | $ 0.00 |
| 28 | Ben Bruce | $ 9,533.49 | $ 0.00 | $ 0.00 |
| 29 | The Estate Of George B Holmes | $ 165,857.34 | $ 0.00 | $ 0.00 |
| 32 | Indiana Dept Of State Revenue | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE