# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 12-03912 |
| WINDMILL ENVIRONMENTAL ) | Hon. Jack B. Schmetterer |
| SERVICES, LLC, ) | |
| ) | |
| Debtor. ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **April 13, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

WindmillNFRCrtSrv

# SERVICE LIST
# WINDMILL ENVIRONMENTAL SERVICES LLC, DEBTOR
# CASE NO. 12-03912

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Windmill Environmental Services
170 Shepard Avenue, #A
Wheeling, IL 60090-6061

Bradley Block
Law Offices of Bradley Block
707 Skokie Boulevard, Suite 600
Northbrook, IL 60062

Ira Goldberg
DiMonte & Lizak, LLC
216 W Higgins Road
Park Ridge, IL 60068

Lois West
Popowcer Katten Ltd
35 East Wacker Drive
Suite 1550
Chicago, IL 60601

Yellow Book Sales & Distribution Inc.
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

Department of the Treasury
Internal Revenue Service
Attn: Insolvency
1616 Capitol Avenue
Suite 400 M/S 5300
Omaha, NE 68102

Indiana Department of Revenue
Bankruptcy Section N-240
100 North Senate Avenue
Indianapolis, IN 46204
LaFarge North America

G. Borgquist
20 Oak Hollow, Suite 260
Southfield, MI 48033

Heartland Recycling, LLC
6201 W. Canal Bank Road
Forest View, IL 60402

Lake County Treasurer
Lake County Treasurer - Bankruptcy
2293 N. Main Street
Crown Point, IN 46307

Pittacora & Crotty LLC
223 W. Jackson, Suite 620
Chicago, IL 60606

Environmental Rental Services Ltd.
PO Box 192
Rockdale, TX 76567

Fox, Chris
516 E. 86th Avenue
Merrillville, IN 46410-1520

Aramark Uniform Services
Aramark Attn: Legal Department
115 N. First Street
Burbank, CA 91502

Praxair Distribution Inc.
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

O'Neill McFadden & Willett LLP
833 W. Lincoln Highway
Suite 410 W
Schererville, IN 46375

1

O'Neill McFadden & Willett LLP
1001 Main Street
Suite 300
Dyer, IN 46311

Roland Machinery Company
220 E. Frontage Road
Bolingbrook IL 60440

Elkhart Environmental Processing Corp
1143 Oak Street
Elkhart, IN 46514

Construction & General Laborers' District
Council of Chicago & Vicinity
Dowd, Block & Bennett
8 S. Michigan Avenue
19th Floor
Chicago, IL 60603

Roger & Son Locksmiths, Inc.
9200 Wicker Avenue
St. John, IN 46373

Indiana Department of Revenue
Carol Swaffar
100 North Senate Avenue
Room N203
Indianapolis, IN 46204

Mandell Menkes LLC
One N Franklin Suite 3600
Chicago, IL 60606

Laborers District Council
c/o Dowd, Bloch, Bennett & Cervone
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

Heather Pierce, Special Representative
c/o Lawrence T. Ruder
Goldberg Weisman Cairo
1 East Wacker Drive, 38th and 39th Floor
Chicago, IL 60601

Ben Bruce
c/o Daniel W Sherman
Attorney at Law
2153 Ransom Road
Valparaiso, IN 46385

The Estate of George B Holmes
C/O George B Holmes
6912 Woodmar Ave
Hammond, IN 46323

Power Brake & Spring
6139 Parkland Dr
South Bend, IN 46628

The Bud Insurance Agency Inc
615 W 3rd St
Hobart, IN 46342

WindmillTFRSrvList