# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                 §
                                       §
Windmill Environmental Services, Llc   §        Case No. 12-03912
                                       §
              Debtor                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 860,146.42            Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  40,068.76     Claims Discharged
                                                 Without Payment:  2,702,015.58

Total Expenses of Administration:  83,431.24

3) Total gross receipts of $ 123,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 123,500.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 454,520.41 | $ 352,831.78 | $ 117,830.78 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 83,431.24 | 83,431.24 | 83,431.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,196.54 | 1,623,266.57 | 1,623,266.57 | 40,068.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 899,850.48 | 741,910.85 | 741,910.85 | 0.00 |
| TOTAL DISBURSEMENTS | $ 1,368,567.43 | $ 2,801,440.44 | $ 2,566,439.44 | $ 123,500.00 |

4) This case was originally filed under chapter 11 on  02/03/2012 , and it was converted to chapter 7 on  07/01/2013 .  The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/20/2016                    By:/s/STEVEN R. RADTKE

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Certain payments to 5th Third Bank | 1249-000 | 90,000.00 |
| Transfers to entities related to the Debtor's principal | 1249-000 | 6,000.00 |
| Transfers to Restructuring Partners | 1249-000 | 27,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 123,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GREENFIELD COMMERCIAL CREDIT | | 232,025.40 | NA | NA | 0.00 |
| 14 | Fifth Third Bank | 4110-000 | 222,495.01 | 235,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Gibraltar Business Capital, Llc | 4110-000 | NA | 1.00 | 0.00 | 0.00 |
| 3 | Indiana Department Of Revenue | 4110-000 | NA | 117,830.78 | 117,830.78 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 454,520.41 | $ 352,831.78 | $ 117,830.78 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 9,425.00 | 9,425.00 | 9,425.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 56.89 | 56.89 | 56.89 |
| Associated Bank | 2600-000 | NA | 717.99 | 717.99 | 717.99 |
| Office Of The U.S. Trustee | 2990-000 | NA | 10,075.00 | 10,075.00 | 10,075.00 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 55,575.00 | 55,575.00 | 55,575.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 1,536.86 | 1,536.86 | 1,536.86 |
| Popowcer Katten Ltd. | 3410-000 | NA | 6,039.00 | 6,039.00 | 6,039.00 |
| Popowcer Katten Ltd. | 3420-000 | NA | 5.50 | 5.50 | 5.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 83,431.24 | $ 83,431.24 | $ 83,431.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ANTOINE RODGERS | | 541.28 | NA | NA | 0.00 |
| | ANTOINE SMITH | | 151.78 | NA | NA | 0.00 |
| | ARCHIE MCDONALD | | 377.43 | NA | NA | 0.00 |
| | Brenda lwan | | 560.00 | NA | NA | 0.00 |
| | CHRIS BRZEZINSKI | | 685.94 | NA | NA | 0.00 |
| | DANNY DARLING | | 1,010.85 | NA | NA | 0.00 |
| | Jerome Dykstra | | 1,057.69 | NA | NA | 0.00 |
| | JOHN FURLONG | | 522.88 | NA | NA | 0.00 |
| | JOSE LIRA | | 372.51 | NA | NA | 0.00 |
| | Louis Brown | | 863.67 | NA | NA | 0.00 |
| | Matthew Stoddard | | 1,057.69 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MICHAEL GARY | | 903.00 | NA | NA | 0.00 |
| | MITCHELL FLETCHER | | 528.30 | NA | NA | 0.00 |
| | NATHAN DARLING | | 386.61 | NA | NA | 0.00 |
| | Nathan Kersey | | 865.38 | NA | NA | 0.00 |
| | OLIBERIO ORTIZ | | 750.60 | NA | NA | 0.00 |
| | Ryan Carmm | | 961.54 | NA | NA | 0.00 |
| | THOMAS BROWN | | 865.38 | NA | NA | 0.00 |
| | TITO GONZALEZ | | 387.85 | NA | NA | 0.00 |
| | VIckie Ladd | | 1,346.16 | NA | NA | 0.00 |
| 30 | Power Brake & Spring | 5200-000 | NA | 16,135.47 | 16,135.47 | 2,382.74 |
| 31 | The Bud Insurance Agency Inc | 5200-000 | NA | 5,216.25 | 5,216.25 | 770.29 |
| 18 | Construction & General Laborers" District Council | 5800-000 | NA | 2,384.03 | 2,384.03 | 0.00 |
| 2 | Department Of Treasury | 5800-000 | NA | 843,890.69 | 843,890.69 | 0.00 |
| 21 | Department Of Treasury | 5800-000 | NA | 368,937.36 | 368,937.36 | 29,085.74 |
| 3 | Indiana Dept Of Revenue | 5800-000 | NA | 215,136.53 | 215,136.53 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Indiana Dept Of State Revenue | 5800-000 | NA | 53,023.17 | 53,023.17 | 7,829.99 |
| 6 | Lake County Treasurer | 5800-000 | NA | 115,716.06 | 115,716.06 | 0.00 |
| 7 | Lake County Treasurer | 5800-000 | NA | 2,527.01 | 2,527.01 | 0.00 |
| 12 | Praxair Distribution, Inc | 5800-000 | NA | 300.00 | 300.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 14,196.54 | $ 1,623,266.57 | $ 1,623,266.57 | $ 40,068.76 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1129 LLC | | 21,050.00 | NA | NA | 0.00 |
| | A+AUTO PARTS | | 34.34 | NA | NA | 0.00 |
| | AAA VALLEY FIRE | | 126.28 | NA | NA | 0.00 |
| | ADVANCED TIME MANAGEMENT | | 300.00 | NA | NA | 0.00 |
| | AIRLINE TOWING | | 1,020.00 | NA | NA | 0.00 |
| | AMERICAN GATE ENTRY SYSTEMS INC | | 285.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMTRUST NORTH AMERICA | | 3,573.72 | NA | NA | 0.00 |
| | ANGEL BATEMENT, LLL | | 15,328.00 | NA | NA | 0.00 |
| | ARMOUR RECYCLING | | 2,036.50 | NA | NA | 0.00 |
| | AUTO OWNERS INSURANCE | | 1,494.60 | NA | NA | 0.00 |
| | AUTOZONE | | 91.98 | NA | NA | 0.00 |
| | BANKDIRECT | | 10,220.59 | NA | NA | 0.00 |
| | BECKMAN KELLY AND SMITH ATTORNEYS AT LAW | | 1,103.25 | NA | NA | 0.00 |
| | BELSON STEEL CENTER | | 47.94 | NA | NA | 0.00 |
| | BFI WASTE SYSTEMS | | 1,325.06 | NA | NA | 0.00 |
| | BLACKMAN KALLICK BARTELSTEIN LLP | | 76,832.96 | NA | NA | 0.00 |
| | BRAD CRAIG TRUCKING | | 84,177.30 | NA | NA | 0.00 |
| | BRIGHTPAGES.COM | | 4,389.00 | NA | NA | 0.00 |
| | BROADWAY GLASS & CUSTOMS INC | | 605.81 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BUD INSURANCE AGENCY | | 394.00 | NA | NA | 0.00 |
| | CATERPILLAR FINANCIAL SERVICES CORPORATION | | 34,973.20 | NA | NA | 0.00 |
| | CHASE & RECOVERY | | 175.00 | NA | NA | 0.00 |
| | CHICAGO CEMENT INC | | 61,908.96 | NA | NA | 0.00 |
| | CLEAN HARBORS ENVIRONMENTAL SERVICES | | 6,142.50 | NA | NA | 0.00 |
| | COM ED BILLPAYMENT CENTER | | 320.41 | NA | NA | 0.00 |
| | CORPORATION SERVICE COMPANY | | 93.75 | NA | NA | 0.00 |
| | CREATIVE CONCEPT INNOVATIONS | | 508.95 | NA | NA | 0.00 |
| | CROWN POINT SUPPLY | | 726.10 | NA | NA | 0.00 |
| | D&F AUTO ELECTRIC | | 69.00 | NA | NA | 0.00 |
| | DEX | | 9,683.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EQ - THE ENVIRONMENTAL QUALITY COMPANY | | 8,406.87 | NA | NA | 0.00 |
| | EVEREST SNOW MANAGEMENT DISTRICT | | 506.00 | NA | NA | 0.00 |
| | FISHER SCIENTIFIC | | 923.12 | NA | NA | 0.00 |
| | FLEET RESPONSE | | 18,770.17 | NA | NA | 0.00 |
| | GARY SANITARY DISTRICT | | 238.00 | NA | NA | 0.00 |
| | GEORGE B HOLMES | | 27,389.04 | NA | NA | 0.00 |
| | GERTZ ALERT SECURITY | | 174.00 | NA | NA | 0.00 |
| | GK CONSULTING G WYERS | | 390.00 | NA | NA | 0.00 |
| | GL STUDIOS | | 1,339.49 | NA | NA | 0.00 |
| | GOVERNMENT DATA PUBLICATIONS INC | | 107.95 | NA | NA | 0.00 |
| | HAGG CREEK WATER RECLAMATION DISTRICT | | 200.00 | NA | NA | 0.00 |
| | HAMMOND CLINIC | | 236.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HART INDUSTRIES INCORPORATED | | 3,916.70 | NA | NA | 0.00 |
| | HINCKLEY WATER | | 0.00 | NA | NA | 0.00 |
| | HUDSON INTERNATIONAL | | 917.40 | NA | NA | 0.00 |
| | INDUSTRIAL COMMERCIAL SERVICE | | 3,410.00 | NA | NA | 0.00 |
| | INGALLS | | 240.00 | NA | NA | 0.00 |
| | JACK DOHENY SUPPLIES INC | | 787.53 | NA | NA | 0.00 |
| | KONICA MINOLTA | | 188.05 | NA | NA | 0.00 |
| | LABORERS NATIONAL HEALTH & WELFARE FUND | | 6,420.00 | NA | NA | 0.00 |
| | LABORERS WORK DUES FUND DEPARTMENT | | 1,938.67 | NA | NA | 0.00 |
| | LAKE COUNTY SHERIFFS DEPT ATTN TAX DIVISION | | 2,515.91 | NA | NA | 0.00 |
| | LAKESHORE TRUCK SERVICES | | 1,591.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LAND & LAKES COMPANY | | 53.51 | NA | NA | 0.00 |
| | LARRY J WOLF | | 5,031.25 | NA | NA | 0.00 |
| | LEVIN TIRE CENTER | | 141.98 | NA | NA | 0.00 |
| | LIQUID ENVIRONMENTAL SOLUTIONS OF JACKSON FLORIDA | | 7,906.78 | NA | NA | 0.00 |
| | MARITIME COMMUNICATIONS | | 2,568.00 | NA | NA | 0.00 |
| | MARLIN LEASING CORPORATION | | 1,506.59 | NA | NA | 0.00 |
| | MARTIN LEASING | | 1,289.35 | NA | NA | 0.00 |
| | MIDWEST SUBURBAN PUBLISHING | | 681.45 | NA | NA | 0.00 |
| | MIDWEST WELDING SUPPLY | | 497.28 | NA | NA | 0.00 |
| | MIDWEST WELDING SUPPLY INC | | 3,535.92 | NA | NA | 0.00 |
| | MILLER SUPPLY INC | | 3,067.21 | NA | NA | 0.00 |
| | MOBIL SYSTEMS INC | | 4,958.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MOLD GUYS EXCEL | | 125.00 | NA | NA | 0.00 |
| | NATIONAL IMAGING SYSTEMS | | 59.99 | NA | NA | 0.00 |
| | NEIL JEFFRIES | | 4,000.00 | NA | NA | 0.00 |
| | NEW BALANCE OCCUPATION MEDICINE | | 1,640.00 | NA | NA | 0.00 |
| | NH ENVIRONMENTAL GRP INC DBA TIERRA | | 56,985.00 | NA | NA | 0.00 |
| | NIPSCO | | 6,984.12 | NA | NA | 0.00 |
| | NMHG FINANCIAL SERVICES | | 23,076.85 | NA | NA | 0.00 |
| | OFFICE TEAM | | 1,926.40 | NA | NA | 0.00 |
| | ONEILL MCFADDEB & WILLETT LLP | | 8,747.08 | NA | NA | 0.00 |
| | OVERHEAD DOOR COMPANY OF NW | | 375.50 | NA | NA | 0.00 |
| | PACEY ELECTRICAL & TECHNOLOGIES | | 4,179.95 | NA | NA | 0.00 |
| | PATTEN CAT | | 4,874.66 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PAYCHEX OF NEW YORK LLC | | 582.20 | NA | NA | 0.00 |
| | PERSONAL CONCEPTS | | 25.90 | NA | NA | 0.00 |
| | PETROLUEM TECHNOLOGIES EQUIP INC | | 1,478.13 | NA | NA | 0.00 |
| | PETROMEX | | 0.00 | NA | NA | 0.00 |
| | PINKERTON FUEL & LUBRICANTS | | 23,381.29 | NA | NA | 0.00 |
| | PITNEY BOWES CREDIT CORPORATION | | 3,028.80 | NA | NA | 0.00 |
| | PITNEY BOWES CREDIT CORPORATION | | 193.30 | NA | NA | 0.00 |
| | PITNEY BOWES INC (POSTAGE) | | 2,727.15 | NA | NA | 0.00 |
| | POWER BRAKE & SPRING SERVICE COMPANY | | 67.10 | NA | NA | 0.00 |
| | PRAXAIR DEPT CH | | 396.55 | NA | NA | 0.00 |
| | PRAXAIR DISTRIBUTION INC | | 1,709.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PROFESSIONAL COMMUNICATIONS MESSAGING | | 192.40 | NA | NA | 0.00 |
| | QUIMEX INC | | 0.00 | NA | NA | 0.00 |
| | R & R VISUAL | | 1,717.21 | NA | NA | 0.00 |
| | RDS 200 | | 1,554.00 | NA | NA | 0.00 |
| | ROLAND MACHINERY | | 16,201.79 | NA | NA | 0.00 |
| | RS USED OIL SERVICES INC | | 631.25 | NA | NA | 0.00 |
| | RSC EQUIPMENT RENTAL | | 21,819.46 | NA | NA | 0.00 |
| | SAFETY SERVICES | | 515.90 | NA | NA | 0.00 |
| | SERVICE AUTO PARTS INC | | 718.68 | NA | NA | 0.00 |
| | SEWER BUILDERS SUPPLIES INC | | 335.90 | NA | NA | 0.00 |
| | SILBRICO CORP | | 3,114.63 | NA | NA | 0.00 |
| | SMITH AMUNDSON | | 9.50 | NA | NA | 0.00 |
| | SPEEDWAY SUPERAMERICA LLC | | 364.03 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SWARTZ RETSON & CO PC | | 14,815.00 | NA | NA | 0.00 |
| | TIDY JOHN | | 387.00 | NA | NA | 0.00 |
| | TOTAL SAFETY | | 501.59 | NA | NA | 0.00 |
| | TREDROC TIRE SERVICES | | 141.67 | NA | NA | 0.00 |
| | TRI STATE HOSE & FITTINGS | | 63.49 | NA | NA | 0.00 |
| | UNITED HEALTHCARE DEPT CH 10151 | | 497.92 | NA | NA | 0.00 |
| | UNIVERSAL PLUMBING SUPPLY CO 1813-15-17 | | 0.00 | NA | NA | 0.00 |
| | US BIOSYSTEMS INC | | 905.00 | NA | NA | 0.00 |
| | VALE APPRAISAL GROUP | | 1,400.00 | NA | NA | 0.00 |
| | WEINERCORT FURNITURE RENTAL | | 1,455.80 | NA | NA | 0.00 |
| | WESTERN OILFIELDS SUPPLY CO | | 2,285.33 | NA | NA | 0.00 |
| | WITHAM SALES SERVICES | | 51,791.85 | NA | NA | 0.00 |
| | YELLOW BOOK USA | | 3,900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | YELLOW PAGES UNITED | | 1,992.00 | NA | NA | 0.00 |
| 11 | Aramark Uniform Services | 7100-000 | 3,273.47 | 3,212.83 | 3,212.83 | 0.00 |
| 28 | Ben Bruce | 7100-000 | NA | 9,533.49 | 9,533.49 | 0.00 |
| 18 | Construction & General Laborers" District Council | 7100-000 | NA | 1,713.84 | 1,713.84 | 0.00 |
| 2 | Department Of Treasury | 7100-000 | NA | 151,670.52 | 151,670.52 | 0.00 |
| 17 | Elkhart Environmental Processing Corp | 7100-000 | 73,216.40 | 70,466.40 | 70,466.40 | 0.00 |
| 9 | Environmental Rental Services, Ltd | 7100-000 | 18,085.51 | 18,094.21 | 18,094.21 | 0.00 |
| 10 | Fox,Chris | 7100-000 | 1,850.00 | 1,850.00 | 1,850.00 | 0.00 |
| 24 | Heartland Recycling, L.L.C. | 7100-000 | 28,826.76 | 26,400.09 | 26,400.09 | 0.00 |
| 5 | Heartland Recycling, Llc | 7100-000 | NA | 26,400.09 | 26,400.09 | 0.00 |
| 27 | Heather Pierce, Special Representative | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | Indiana Department Of Revenue | 7100-000 | NA | 11,281.90 | 11,281.90 | 0.00 |
| 32 | Indiana Dept Of State Revenue | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26 | Laborers District Council | 7100-000 | NA | 856.14 | 856.14 | 0.00 |
| 4 | Lafarge North America | 7100-000 | 44,424.25 | 39,170.65 | 39,170.65 | 0.00 |
| 23 | Lafarge North America Inc | 7100-000 | NA | 39,170.65 | 39,170.65 | 0.00 |
| 22 | Mandell Menkes Llc | 7100-000 | NA | 131,725.88 | 131,725.88 | 0.00 |
| 13 | O"neill Mcfadden & Willet Llp | 7100-000 | NA | 11,576.78 | 11,576.78 | 0.00 |
| 8 | Pittacora & Crotty, Llc | 7100-000 | 5,038.15 | 5,338.15 | 5,338.15 | 0.00 |
| 19 | Roger & Son Locksmiths, Inc | 7100-000 | 376.90 | 461.16 | 461.16 | 0.00 |
| 15 | Roland Machinery Company | 7100-000 | NA | 23,527.73 | 23,527.73 | 0.00 |
| 29 | The Estate Of George B Holmes | 7100-000 | NA | 165,857.34 | 165,857.34 | 0.00 |
| 1 | Yellow Book Sales & Distribution Inc (Hb) | 7100-000 | NA | 3,603.00 | 3,603.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 899,850.48 | $ 741,910.85 | $ 741,910.85 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-03912 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Windmill Environmental Services, Llc | | | | Date Filed (f) or Converted (c): | 07/01/2013 (c) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 07/20/2016 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Transfers to Restructuring Partners (u) | 27,500.00 | 0.00 | | 27,500.00 | FA |
| 2.  Transfers to entities related to the Debtor's principal (u) | 14,000.00 | 0.00 | OA | 6,000.00 | FA |
| 3.  Certain payments to 5th Third Bank (u) | 90,000.00 | 0.00 | | 90,000.00 | FA |
| 4.  Debtor's premises | 3,169.65 | 3,169.65 | | 0.00 | FA |
| 5.  PNC Bank | 118.17 | 118.17 | | 0.00 | FA |
| 6.  NIPSCO | 9,780.00 | 9,780.00 | | 0.00 | FA |
| 7.  Accounts Receivable | 263,628.60 | 263,628.60 | | 0.00 | FA |
| 8.  See attached  29 vehicles listed | 490,400.00 | 490,400.00 | | 0.00 | FA |
| 9.  See attached  Computer system, phone system, copy/fax/scanner machine, office furniture | 14,250.00 | 14,250.00 | | 0.00 | FA |
| 10. See attached  26 items listed | 64,800.00 | 64,800.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $977,646.42 | $846,146.42 | | $123,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2016 Waiting for distribution checks to clear

Exhibit 8

4/13/16  TFR and fee petitions set for hearing 5/31/16

2/2016 Court approved motion to abandon balance of funds due from Holmes Testing; Trustee preparing fee petition and TFR

All issues in case have been settled and approved per order of Court; settlement funds in the amount of $121,500.00 have been collected to date.  Four monthly installments of $2,000 remain to be collected on the balance of the settlement per order of court dated May 12, 2015.

Trustee employed counsel to assist in potential avoidance and recovery actions; investigation continues regarding transfers to Restructuring Partners, certain transfers to entities related to Debtor's principal and certain payments to Fifth Third Bank. (Trustee filed Initial Report of Assets on 7/3/14)

Initial Projected Date of Final Report (TFR): 07/31/2016        Current Projected Date of Final Report (TFR): 07/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-03912 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: Windmill Environmental Services, Llc | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5679 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6996 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/15 | 1 | Howard & Howard Attorneys PLCC IOLTA Client Trust Fund-Chicago Office 450 West Fourth Street Royal Oak, MI 48067 | Initial payment on settlement pursuant to order dated 4/7/15 | 1249-000 | $15,000.00 | | $15,000.00 |
| 04/28/15 | 3 | Fifth Third Bank | Settlement proceeds pursuant to order of Court dated 4/7/15 | 1249-000 | $90,000.00 | | $105,000.00 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.17 | $104,974.83 |
| 05/12/15 | 2 | Illinois IOLTA Trust Accounts Law Offices of Bradley Block, TRTEE 401 Huehl Road, Suite 2E Northbrook, IL 60062-2300 | Initial installment on settlement per order of Court | 1249-000 | $2,000.00 | | $106,974.83 |
| 06/02/15 | 2 | Jerome W. Dykstra 2229 N. Orchard Chicago, IL 60614 | 5/2015 installment payment May payment per order approving settlement entered 5/12/15 | 1249-000 | $2,000.00 | | $108,974.83 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $157.95 | $108,816.88 |
| 06/09/15 | 1 | Howard & Howard Attorneys PLLC IOLTA Client Trust Fund - Chicago Office 450 West Fourth Street Royal Oak, MI 48067 | Final payment on settlement pursuant to order dated 4/7/15 | 1249-000 | $12,500.00 | | $121,316.88 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $169.64 | $121,147.24 |
| 07/08/15 | 2 | Holmes Testing, Inc. 170 Shepard Avenue Wheeling, IL 60090 | 6/2015 installment payment June payment per order approving settlement entered 5/12/15 | 1249-000 | $2,000.00 | | $123,147.24 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $182.41 | $122,964.83 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $182.82 | $122,782.01 |

Page Subtotals: $123,500.00   $717.99

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-03912 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: Windmill Environmental Services, Llc | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5679 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6996 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/15/16 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $9,425.00 | $113,357.01 |
| 06/15/16 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $56.89 | $113,300.12 |
| 06/15/16 | 1003 | Office Of The U.S. Trustee <B>(Administrative)</B> 219 S. Dearborn St. Room 873 Chicago, Il 60604 | Final distribution to claim 25 representing a payment of 100.00 % per court order. | 2990-000 | | $10,075.00 | $103,225.12 |
| 06/15/16 | 1004 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $55,575.00 | $47,650.12 |
| 06/15/16 | 1005 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $1,536.86 | $46,113.26 |
| 06/15/16 | 1006 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $6,039.00 | $40,074.26 |
| 06/15/16 | 1007 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $5.50 | $40,068.76 |
| 06/15/16 | 1008 | Power Brake & Spring 6139 Parkland Dr South Bend, In 46628 | Final distribution to claim 30 representing a payment of 14.77 % per court order. | 5200-000 | | $2,382.74 | $37,686.02 |
| 06/15/16 | 1009 | The Bud Insurance Agency Inc 615 W 3Rd St Hobart, In 46342 | Final distribution to claim 31 representing a payment of 14.77 % per court order. | 5200-000 | | $770.29 | $36,915.73 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $85,866.28 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-03912 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Windmill Environmental Services, Llc | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5679 |
| | Checking |
| Taxpayer ID No: XX-XXX6996 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/20/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/15/16 | 1010 | Indiana Dept Of State Revenue<br>Carol Swaffar<br>100 North Senate Avenue, Room N203<br>Indianapolis, In 46204 | Final distribution to claim 20 representing a payment of 14.77 % per court order. | 5800-000 | | $7,829.99 | $29,085.74 |
| 06/15/16 | 1011 | Department Of Treasury<br>Internal Revenue Service<br>Attn: Insolvency 1616 Capitol Avenue,<br>Suite 400 M/S 5300<br>Omaha, Ne 68102 | Final distribution to claim 21 representing a payment of 14.77 % per court order. | 5800-000 | | $29,085.74 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $123,500.00 | $123,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $123,500.00 | $123,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $123,500.00 | $123,500.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $36,915.73 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5679 - Checking | $123,500.00 | $123,500.00 | $0.00 |
| | $123,500.00 | $123,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $123,500.00 |
| Total Gross Receipts: | $123,500.00 |

Page Subtotals:                                $0.00              $0.00